IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Michael E. Hegarty**

Civil Action No: 19-cv-3088-REB-MEHDate: January 10, 2020
Courtroom Deputy: Christopher ThompsonFTR:   Courtroom A1002

*Parties:**Counsel:*

FRANCES MCMILLAN,Joseph Davidson by phone

Plaintiff,

v.

SPECILIAZED LOAN SERVICING LLC,Chad Jimenez

Defendant.

**COURTROOM MINUTES/MINUTE ORDER
SCHEDULING CONFERENCE**

**Court in session:10:20 a.m.**

Court calls case.   Appearances of counsel.

THE FOLLOWING WILL CONFIRM THE ACTIONS TAKEN AND DATES SET AT THE SCHEDULING CONFERENCE HELD THIS DATE:

**Discovery Deadline:** September 7, 2020

**Dispositive Motion Deadline:** October 7, 2020

**Initial Rule 26(a)(2) Disclosures:** May 7, 2020
**Rebuttal Rule 26(a)(2) Disclosures:** June 4, 2020

Within 2 days after the Scheduling Conference, the parties, by way of plaintiff's counsel, shall contact Judge Blackburn's Chambers via a joint email (Blackburn_Chambers@cod.uscourts.gov) to obtain Final Pretrial/Trial Preparation Conference and Trial dates.

**Court in recess:10:23 a.m.(Hearing concluded)
Total time in Court: 0:03**

*To obtain a transcript of this proceeding, please contact Patterson Transcription Company at (303) 755-4536 **or** AB Court Reporting & Video, Inc. at (303) 629-8534.